MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CARLOS HERNANDEZ and ANGELA HERNANDEZ,

    Plaintiffs

vs.

PRIMARY FINANCIAL SERVICES, L.L.C.
a foreign corporation,

    Defendant.

No. 2:07-cv-01740-PMP-PAL

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1)(i), the Defendant named not having filed or served an answer, motion for summary judgment or otherwise having appeared herein; the Plaintiff(s) in the above-entitled action as to the Defendant named requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal with prejudice, each party to bear its own costs and attorney's fees.

DATE: January 14, 2008    /S/ _____
                                        MITCHELL D. GLINER, ESQ.
                                        Attorney for Plaintiff